# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRUPP, CHRISTOPHER | § | Case No. 12-35235 |
| KRUPP, JACQUELINE | § | |
| | § | |
| Debtor(s) | § | |

## SUCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                       $

       Funds were disbursed in the following amounts:

       Payments made under an interim
       disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $              as interim compensation and now requests a sum of $        , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/B. HELMS, SUCCESSOR TRUSTEE _____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 12-35235 | Judge: DONALD R. CASSLING |
| Case Name: | KRUPP, CHRISTOPHER | |
| | KRUPP, JACQUELINE | |
| For Period Ending: | 11/01/14 | |

| | |
|---|---|
| Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Date Filed (f) or Converted (c): | 09/05/12 (f) |
| 341(a) Meeting Date: | 11/20/12 |
| Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 27W520 Washington St., Winfield IL | 625,000.00 | 0.00 | | 0.00 | FA |
| Stay lifted per order 8/22/14 | | | | | |
| 60190 The Debtors have this property listed to sell at the price stated herein but there has been no offers. They believe the property is worth substantially less on the current real estate market | | | | | |
| 2. Lot 35 Reems Creek Weaverville, NC This property | 39,998.00 | 0.00 | | 0.00 | FA |
| at one time was worth substantially more than scheduled. This figure is based on a market evaluation obtained in June of 2012 | | | | | |
| 3. 3 Highland Pointe Ct. Weaverville, NC This | 124,000.00 | 0.00 | | 0.00 | FA |
| property at one time was worth more than scheduled. This figure is based on a market evaluation obtained in June of 2012 | | | | | |
| 4. 1110 N. West St. Wheaton, IL 60187-3576 This is | 750,000.00 | 340,302.19 | | 750,000.00 | FA |
| Sold per court order 6/26/13- Trustee distributed 50% of net proceeds to co-owner | | | | | |
| an investment property. Co-owner is Salvatore Cinquegrani. Debtor is unsure but believes there is no lien recorded against this property. The property is income producing but the Debtor is not involved in the management of this property. | | | | | |
| 5. 27 W. 524 Washington Ave. Winfield, IL 60190 spec | 0.00 | 0.00 | | 0.00 | FA |
| Stay lifted per court order 11/16/12 | | | | | |
| home | | | | | |
| 6. Checking account State Bank of Illinois, West | 2,500.00 | 0.00 | | 0.00 | FA |
| Chicago | | | | | |
| 7. Checking account, Community Bank, Wheaton, IL | 50.00 | 0.00 | | 0.00 | FA |
| 8. Normal and customary furniture for two homes, | 2,500.00 | 0.00 | | 0.00 | FA |
| nothing exceptional | | | | | |
| 9. Normal used clothing | 50.00 | 50.00 | | 0.00 | FA |

FORM 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit A

| Case No: | 12-35235 | Judge: DONALD R. CASSLING |
| Case Name: | KRUPP, CHRISTOPHER | |
| | KRUPP, JACQUELINE | |

| Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Date Filed (f) or Converted (c): | 09/05/12 (f) |
| 341(a) Meeting Date: | 11/20/12 |
| Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Cameras | 200.00 | 200.00 | | 0.00 | FA |
| 11. Life insurance, cash value Northwestern Mutual Life | 23,593.00 | 0.00 | | 0.00 | FA |
| 12. Life insurance, cash value Northwestern Mutual Life | 85,400.00 | 0.00 | | 0.00 | FA |
| 13. IRA, Northwestern Mutual Life | 43,460.00 | 0.00 | | 0.00 | FA |
| 14. IRA, Northwestern Mutual Life | 313,000.00 | 0.00 | | 0.00 | FA |
| 15. Debtor has/had oral partnership with Salvatore Cinquegrani involving three spec houses, | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2011 Ford Explorer Location: 27W520 Washington St., Winfield IL | 30,000.00 | 0.00 | | 0.00 | FA |
| 17. 2012 VW CC Location: 27W520 Washington St., Winfield IL | 24,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,063,751.00 | $340,552.19 | | $750,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Property on North West Street sold for $750,000.00

Successor Trustee appointed 4/16/14

Settlement entered into between creditor and debtors to be enforced.  Trustee reviewied claims and

accountant prepared tax returns.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-35235      Judge: DONALD R. CASSLING | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Case Name: | KRUPP, CHRISTOPHER | Date Filed (f) or Converted (c): | 09/05/12 (f) |
| | KRUPP, JACQUELINE | 341(a) Meeting Date: | 11/20/12 |
| | | Claims Bar Date: | 02/26/13 |

Initial Projected Date of Final Report (TFR): 06/30/14          Current Projected Date of Final Report (TFR): 12/31/14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 12-35235  -CAS | | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Case Name: | KRUPP, CHRISTOPHER | | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | | Account Number / CD #: | *******3501  Checking Account |
| Taxpayer ID No: | *******8664 | | | |
| For Period Ending: | 11/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/13 | | Chicago Title and Trust Company | real estate sale proceeds | | 340,302.19 | | 340,302.19 |
| | | 5 Westbrk Corp #100 | | | | | |
| | | Westchester, IL  60154 | | | | | |
| | | | Memo Amount:      (        22,500.00 ) | 3510-000 | | | |
| | | | Realtor 5% commission | | | | |
| | | | Memo Amount:      (            637.50 ) | 2500-000 | | | |
| | | | Closing fee to Chicago Title | | | | |
| | | | Memo Amount:      (          2,450.00 ) | 2500-000 | | | |
| | | | Owner's title insurance | | | | |
| | | | Memo Amount:      (            235.00 ) | 2500-000 | | | |
| | | | Other title charges | | | | |
| | | | Memo Amount:      (          1,125.00 ) | 2820-000 | | | |
| | | | Transfer taxes | | | | |
| | | | Memo Amount:      (            372.43 ) | 2500-000 | | | |
| | | | Payment to Wheaton Sanitary | | | | |
| | | | Memo Amount:      (            350.00 ) | 2500-000 | | | |
| | | | Survey to Associated Surveying | | | | |
| | | | Group LLC | | | | |
| | | | Memo Amount:      (            256.04 ) | 3520-000 | | | |
| | | | Reimbursement of costs to Kim Wirtz | | | | |
| | | | Memo Amount:      (          8,840.32 ) | 2820-000 | | | |
| | | | 1st installment plus penalty 2012 | | | | |
| | | | to DuPage county treasurer | | | | |
| | | | Memo Amount:      (          8,919.66 ) | 2820-000 | | | |
| | | | real estate taxes for 2013 | | | | |
| | | | Memo Amount:      (          8,709.67 ) | 2820-000 | | | |
| | | | 2nd installment for taxes 2012 | | | | |
| | | | Memo Amount:      (        15,000.00 ) | 3510-000 | | | |

Page Subtotals            340,302.19                    0.00

Ver: 18.03a

LFORM24

Page:   2

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-35235  -CAS |
| Case Name: | KRUPP, CHRISTOPHER |
| | KRUPP, JACQUELINE |
| Taxpayer ID No: | *******8664 |
| For Period Ending: | 11/01/14 |

| | |
|---|---|
| Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******3501  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 4 | | earnest money applied to realtor commission | | | | |
| | | | Memo Amount:          750,000.00 | 1110-000 | | | |
| | | | Sale Proceeds-real property | | | | |
| | | | Memo Amount:    (      340,302.19 ) | 8500-000 | | | |
| | | | Half of net proceeds to Salvatore Cinquegrani | | | | |
| 06/28/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 53.14 | 340,249.05 |
| 07/09/13 | 003001 | UP S Lockbox 577 Carol Stream, IL  601320577 | Overnight charge re: Justina Degrado, attorney for Cinquegrani          2990-000        $-21.78 | 2990-000 | | 21.78 | 340,227.27 |
| 07/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 549.04 | 339,678.23 |
| 08/30/13 | 003002 | David E. Grochocinski 1900 Ravinia Place Orland Park, IL  60462 | Interim compensation awarded 8/30/2013 | 2100-000 | | 23,734.85 | 315,943.38 |
| 08/30/13 | 003003 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL  60462 | Interim compensation awarded 8/30/2013 | 3110-000 | | 42,000.00 | 273,943.38 |
| 08/30/13 | 003004 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL  60462 | Interim compensation awarded 8/30/2013 | 3120-000 | | 359.39 | 273,583.99 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 583.50 | 273,000.49 |

| | | | Page Subtotals | | 0.00 | 67,301.70 | |

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35235 -CAS | | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Case Name: | KRUPP, CHRISTOPHER | | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | | Account Number / CD #: | *******3501  Checking Account |
| Taxpayer ID No: | *******8664 | | | |
| For Period Ending: | 11/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | Houston, TX  77092 | | | | | |
| 09/04/13 | 003005 | Eunice Sachs and Associates<br>Certified Shorthand Reporters<br>218 Shea Drive<br>Flossmoor, IL  60422 | Reporter for deposition on<br>Cinquegrani adversary 6/12/2013<br>    2990-000      $-288.00 | 2990-000 | | 288.00 | 272,712.49 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 398.84 | 272,313.65 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 439.43 | 271,874.22 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 438.72 | 271,435.50 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 423.88 | 271,011.62 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 465.54 | 270,546.08 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 394.33 | 270,151.75 |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 407.81 | 269,743.94 |

| | | Page Subtotals | | | 0.00 | 3,256.55 | |

Page:   4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-35235 -CAS | | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | | Account Number / CD #: | *******3501  Checking Account |
| Taxpayer ID No: | *******8664 | | | |
| For Period Ending: | 11/01/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/14 | 003006 | US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15          2300-000        $-223.85 | 2300-000 | | 223.85 | 269,520.09 |
| 05/02/14 | | Green Bank | Bank Service Fee | 2600-000 | | 378.88 | 269,141.21 |
| 05/02/14 | | Transfer to Acct #*******1798 | Bank Funds Transfer | 9999-000 | | 269,141.21 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 750,000.00 | COLUMN TOTALS | | 340,302.19 | 340,302.19 | 0.00 |
| Memo Allocation Disbursements: | 409,697.81 | Less:  Bank Transfers/CD's | | 0.00 | 269,141.21 | |
| | | Subtotal | | 340,302.19 | 71,160.98 | |
| Memo Allocation Net: | 340,302.19 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 340,302.19 | 71,160.98 | |

Page Subtotals          0.00          269,743.94

Ver: 18.03a

LFORM24

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-35235 -CAS | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
| Case Name: | KRUPP, CHRISTOPHER | Bank Name: | ASSOCIATED BANK |
| | KRUPP, JACQUELINE | Account Number / CD #: | *******1798 Checking - Non Interest |
| Taxpayer ID No: | *******8664 | | |
| For Period Ending: | 11/01/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******3501 | Bank Funds Transfer | 9999-000 | 269,141.21 | | 269,141.21 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 400.02 | 268,741.19 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 386.64 | 268,354.55 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 398.99 | 267,955.56 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 398.38 | 267,557.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 384.98 | 267,172.20 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 269,141.21 | 1,969.01 | 267,172.20 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 269,141.21 | 0.00 | |
| | | Subtotal | 0.00 | 1,969.01 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 1,969.01 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 750,000.00 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 409,697.81 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account - *******3501 | 340,302.19 | 71,160.98 | 0.00 |
| Total Memo Allocation Net: | 340,302.19 | Checking - Non Interest - *******1798 | 0.00 | 1,969.01 | 267,172.20 |
| | | | ------------------- | ------------------- | ------------------- |
| | | | 340,302.19 | 73,129.99 | 267,172.20 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | |
|---|---|
| | /s/   B. HELMS, SUCCESSOR TRUSTEE |
| Trustee's Signature: | _____   Date: 11/01/14 |

Page Subtotals        269,141.21        1,969.01

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*        Ver: 18.03a

FORM 2

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-35235  -CAS | Trustee Name: | B. HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | Bank Name: | ASSOCIATED BANK |
| | KRUPP, JACQUELINE | Account Number / CD #: | *******1798  Checking - Non Interest |
| Taxpayer ID No: | *******8664 | | |
| For Period Ending: | 11/01/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

B. HELMS, SUCCESSOR TRUSTEE

| | | | | | Page Subtotals | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Ver: 18.03a

LFORM24

| | EXHIBIT C | | |
|---|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | | Date: November 01, 2014 |

Case Number:   12-35235  
Debtor Name:   KRUPP, CHRISTOPHER

Priority Sequence

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001 3410-00 | Scott Horewitch Pidgeon & Abrams | Administrative | $0.00 | $2,321.00 | $2,321.00 |
| 001 2700-00 | Clerk of Bankruptcy Court | Administrative<br>Deferred filing fee adversary case no. 13-A-319 | $0.00 | $293.00 | $293.00 |
| 001 2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | $0.00 | $23,734.85 | $23,734.85 |
| 001 3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative<br>Final request for compensation $735<br>Interim compensation $47,923 awarded August 30, 2013- | $0.00 | $48,658.00 | $48,658.00 |
| 001 3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Administrative | $0.00 | $866.90 | $866.90 |
| 001 2200-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | $0.00 | $0.00 | $0.00 |
| 2 200 7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Unsecured<br>Pursuant to settlement agreement enforced by court order 12/13/13, this claim to be paid<br>before payment to S. Cinquegrani<br>(2-1) COLLATERAL=UNSECURED ASSET  5731 | $0.00 | $1,556.09 | $1,556.09 |
| 5 300 4110-00 | Salvatore Cinquegrani<br>c/o Shaw Legal Services, Ltd.<br>540B W. Briar Place<br>Chicago, IL  60657 | Secured<br>Per order dated 12/13/13 enforcing settlement, S. Cinquegrani to receive balance of estate<br>funds after payment of administrative expenses and PNC's unsecured claim<br>(5-1) Mortgage Note/Assignment of Mortgage - Washington Street Property | $0.00 | $425,000.00 | $425,000.00 |
| 1 610 7100-00 | First Citizens<br>P.O. Box 29<br>Columbia, SC  29202 | Unsecured<br>claim withdrawn 10/7/14 | $0.00 | $0.00 | $0.00 |
| 3 610 7100-00 | Salvatore Cinquegrani<br>c/o Shaw Legal Services, Ltd.<br>540B W. Briar Place<br>Chicago, IL  60657 | Unsecured<br>(3-1) Brandon Street Property Financing & Development Agreement | $0.00 | $327,521.83 | $327,521.83 |
| 4 610 7100-00 | Salvatore Cinquegrani<br>c/o Shaw Legal Services, Ltd.<br>540B W. Briar Place<br>Chicago, IL  60657 | Unsecured<br>(4-1) Financing & Development Agreement West St. Property | $0.00 | $226,803.58 | $226,803.58 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                          Date: November 01, 2014

Case Number:    12-35235                    Priority Sequence
Debtor Name:    KRUPP, CHRISTOPHER

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5a<br>610<br>7100-00 | Salvatore Cinquegrani<br>c/o Shaw Legal Services, Ltd.<br>540B W. Briar Place<br>Chicago, IL 60657 | Unsecured | (5-1) Mortgage Note/Assignment of Mortgage - Washington Street Property | $0.00 | $575,157.25 | $575,157.25 |
| 6<br>620<br>7200-00 | Bank of America<br>Bankruptcy Recovery Unit<br>PO Box 15796<br>Wilmington, DE 198865796 | Unsecured | claim disallowed per order 8/9/13 | $0.00 | $55,433.67 | $0.00 |
| | Case Totals: | | | $0.00 | $1,687,346.17 | $1,631,912.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-35235
Case Name: KRUPP, CHRISTOPHER
              KRUPP, JACQUELINE
Trustee Name: B. HELMS, SUCCESSOR TRUSTEE

         Balance on hand                             $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Salvatore Cinquegrani | $ | $ | $ | $ |

         Total to be paid to secured creditors           $_____

         Remaining Balance                     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw, PC | $ | $ | $ |
| Accountant for Trustee Fees: Scott Horewitch Pidgeon & Abrams | $ | $ | $ |
| Charges: Clerk of Bankruptcy Court | $ | $ | $ |
| Other: InnovaLaw, PC | $ | $ | $ |

         Total to be paid for chapter 7 administrative expenses    $_____

         Remaining Balance                     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1 | First Citizens | $ | $ | $ |
| 2 | PNC BANK | $ | $ | $ |
| 3 | Salvatore Cinquegrani | $ | $ | $ |
| 4 | Salvatore Cinquegrani | $ | $ | $ |
| 5a | Salvatore Cinquegrani | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 6 | Bank of America | $ | $ | $ |

Total to be paid to tardy general unsecured creditors          $_____

Remaining Balance          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE