IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

IN RE:                          )   NO. 12-35235
CHRISTOPHER & JACQUELINE        )
KRUPP                           )   HON. DONALD R. CASSLING
                                )   BANKRUPTCY JUDGE
                                )

## NOTICE OF MOTION

TO: Parties listed on the attached Service List

   PLEASE TAKE NOTICE that on January 9, 2015, at 10:30 a.m. the undersigned will appear before the Honorable Donald R. Cassling, United States Bankruptcy Judge, or any other judge sitting in his place and stead, at Kane County Courthouse, Room 240, 100 S. Third Street, Geneva Illinois and then and there present the attached Motion, a copy of which is attached hereto and hereby served upon you.

                                                 _/s/ Brenda Porter Helms

## CERTIFICATE OF SERVICE

   The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Motion on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this December 1, 2014, at 3400 W. Lawrence Avenue, Chicago Illinois.

                                              _/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Joshua Greene

Deborah Ebner

Via first class mail, postage prepaid

Christopher and Jacqueline Krupp
27W520 Washington St
Winfield IL 60190

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:                                    ) | |
| Christopher and Jacqueline Krupp,    ) | Bankruptcy No. 12-35235 |
|                                                ) | Chapter 7 |
|            Debtors.                      ) | |
|                                                ) | Judge Donald R. Cassling (Geneva) |

**SECOND AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
TO INNOVALAW, P.C., AS COUNSEL FOR THE TRUSTEE**

NOW COMES InnovaLaw, P.C. (the "Applicant") and moves this Court for allowance of compensation for professional services rendered as attorneys to the Trustee of the bankruptcy estates (collectively, the "Estate") of Debtors Christopher and Jacqueline Krupp (the "Debtors").

**Background**

1. On September 5, 2012, the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. Brenda Porter Helms was appointed successor trustee in this bankruptcy proceeding following the April 16, 2014 resignation of David E. Grochocinski, the initial case trustee.

3. On November 9, 2012, the Court entered an order authorizing the retention of Applicant as attorneys to the Trustee, effective October 4, 2012.

4. Applicant has rendered services in the case for the initial trustee ("Trustee").

5. On August 7, 2013, Applicant filed its first application for interim allowance of compensation (the "First Application"), in which it requested allowance of fees in the amount of $47,923.00 and reimbursement of expenses in the amount of $359.39.

6. On August 30, 2013, the Court entered an order allowing interim compensation in the amount of $47,923.00. Because that amount corresponds to Applicant's first fee request,

Applicant believes that its proposed order on the First Application erroneously omitted its expenses of $359.39.

7.  To date, Applicant has received payments totaling $42,359.39, leaving an unpaid balance of $5,563.61 for previously allowed compensation.

8.  This is Applicant's second request for compensation as attorneys for the Trustee.

### Services Rendered and Amount Requested

9.  Between July 26, 2013 and October 13, 2014 (the "Application Period"), Applicant expended 3.8 hours of time in providing the following services to the Trustee:

> A. General Administration: Applicant prepared and presented interim trustee and attorney fee applications, reviewed a proposed agreement for the disposition of two real properties, and prepared this fee application.
> 3.8 hours - $735.00.

10. A detailed summary of Applicant's services during the Application Period and related charges for those services is attached hereto as Exhibit A.

11. All fees for which allowance is sought were incurred in connection with Applicant's representation of the Trustee and were reasonable and necessary to effectively assist the Trustee in the administration of the Debtor's estate.

12. Applicant requests compensation of $735.00 for its services at its customary billing rates for services rendered during the Application Period.

### *Request for Reimbursement of Expenses*

13. In this Application, Applicant seeks reimbursement of its expenses of $507.51 that were not included in the First Application. A detailed summary of those expenses is attached hereto as Exhibit B.

14. In addition, Applicant seeks reimbursement of expenses of $359.39 that were requested but not included in the order allowing compensation on the First Application. A detailed

summary of those expenses is attached hereto as Exhibit C.

15. The total amount of Applicant's request for reimbursement of expenses is $866.90

16. Applicant seeks allowance of its fees and expenses, and entry of an order directing that the allowed fees and expenses be paid from funds of the estate as an administrative expense under 11 U.S.C. § 503(b) and a priority expense under 11 U.S.C. § 507(a)(1).

17. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to the matters on which Applicant was employed.

18. No agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the case.

WHEREFORE, InnovaLaw, P.C. requests that the Court enter an order allowing professional compensation in the amount of $735.00 and reimbursement of expenses of $866.90, and that the Trustee be authorized to pay that compensation as an administrative expense under 11 U.S.C. § 503(b) and a priority expense under 11 U.S.C. § 507(a)(1).

Respectfully submitted,
InnovaLaw, P.C.

By: /s/ Kathleen M. McGuire
One of its attorneys

Kathleen M. McGuire
InnovaLaw, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462
Tel: (708) 675-1975
Fax: (708) 675-1786

10/13/2014     Bill4Time Report

## InnovaLaw, PC - Client Summary

Starting : 6/26/2013 | Ending : 10/13/2014 | Client : DEG/TEE | Case : Krupp, Christopher and Jacqueline | User : All | Account Manager : All | Activity Type : All | Expense Type : All

| Date | Case | Description | Activity | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|---|---|
| **DEG/TEE** | | | | | | | | |
| **David Grochocinski** | | | | | | | | |
| 08/15/2013 | Krupp, Christopher and Jacqueline | Review docs re: settlement | General Administration | $450.00 hr | 1.20 | 1.20 | $540.00 | 0.00 |
| | | | Total Labor For David Grochocinski | | 1.20 | 1.20 | $540.00 | 0.00 |
| | | | Total Expense For David Grochocinski | | | $0.00 | $0.00 | |
| | | | Total For David Grochocinski | | | | $540.00 | |
| **Kris Hubert** | | | | | | | | |
| 08/07/2013 | Krupp, Christopher and Jacqueline | Drafted and Filed Interim Application for Compensation and Expenses | General Administration | $75.00 hr | 1.60 | 1.60 | $120.00 | 0.00 |
| 10/10/2014 | Krupp, Christopher and Jacqueline | Prepare fee petition | General Administration | $75.00 hr | 1.00 | 1.00 | $75.00 | 0.00 |
| | | | Total Labor For Kris Hubert | | 2.60 | 2.60 | $195.00 | 0.00 |
| | | | Total Expense For Kris Hubert | | | $0.00 | $0.00 | |
| | | | Total For Kris Hubert | | | | $195.00 | |
| | | | Total Labor For DEG/TEE | | 3.80 | 3.80 | $735.00 | 0.00 |
| | | | Total Expense For DEG/TEE | | | $0.00 | $0.00 | |
| | | | Total For DEG/TEE | | | | $735.00 | |
| | | | Grand Total Labor | | 3.80 | 3.80 | $735.00 | 0.00 |
| | | | Grand Total Expenses | | | $0.00 | $0.00 | |
| | | | Grand Total | | | | $735.00 | |


EXHIBIT A

## InnovaLaw, PC - Expense Entry Report

Starting : 5/1/2011 | Ending : 4/28/2014 | Client : DEG/TEE | Case : Krupp, Christopher and Jacqueline | User : All | Account Manager : All

| Date | Client | Case | User | Description | Status | Cost | Bill Price |
|---|---|---|---|---|---|---|---|
| **Printing/Copying** | | | | | | | |
| 06/19/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Plaintiff's exhibits 9 x 187 pages = 1683 copies x $.10= $168.30 | Ready For Billing | $168.30 | $168.30 |
| 06/20/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Defendant's exhibits 7 x 238= 1666 copies x $.10= $166.60 | Ready For Billing | $166.60 | $166.60 |
| 08/07/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Notice of Hearing on Compensation of InnovaLaw Fees 27 x 4 pgs= 108 x $.10= $10.80 | Ready For Billing | $10.80 | $10.80 |
| 08/07/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Notice of Hearing on Compensation of Trustee Fees 27 x 4= 108 copies x $.10= $10.80 | Ready For Billing | $10.80 | $10.80 |
| 08/07/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Application for Compensation of Trustee Fees 3 x 13 pgs= 39 copies x $.10= $3.90 | Ready For Billing | $3.90 | $3.90 |
| 08/07/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Application for Compensation of InnovaLaw Fees 3 x 21 pgs= 63 copies x $.10= $6.30 | Ready For Billing | $6.30 | $6.30 |
| | | | | **Totals For Expense Type Printing/Copying:** | | **$366.70** | **$366.70** |
| **Miscellaneous** | | | | | | | |
| 06/19/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Plaintiff's exhibits binder- $7.99 | Ready For Billing | $7.99 | $7.99 |
| 06/20/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Courier Service Delivery of Exhibits to Chambers- $100 plus $15.00 for parking | Ready For Billing | $115.00 | $115.00 |
| | | | | **Totals For Expense Type Miscellaneous:** | | **$122.99** | **$122.99** |
| **Mailing/Postage** | | | | | | | |
| 08/07/2013 | DEG/TEE | Krupp, Christopher and Jacqueline | Kris Hubert | Notice of Hearing on Compensation of Trustee Fees 27 x $.66= $17.82 | Ready For Billing | $17.82 | $17.82 |
| | | | | **Totals For Expense Type Mailing/Postage:** | | **$17.82** | **$17.82** |
| | | | **Grand Totals** | | | **$507.51** | **$507.51** |


EXHIBIT B

https://secure.bill4time.com/B4T2/Reporting/Reports/ExpenseEntry/expenseEntry.aspx          4/28/2014

Exhibit B

COST REPORT FOR KRUPP, CHRISTOPHER AND JACQUELINE (12-35235)
Start Date of 9/5/2012- End Date of 8/6/2013

| Date of Expense | Description of Expense | Cost expended |
|---|---|---|
| 10/4/2012 | Judgment Name Search-Individual (Property Insight) | 15 |
| 10/4/2012 | Judgment Name Search-Married (Property Insight) | 20 |
| 10/4/2012 | Real Estate Tax Search (Property Insight) | 20 |
| 10/4/2012 | Lien Search (Property Insight) | 50 |
| 10/15/2012 | Copies of Mailings to Creditors and interested parties | 2 x 6 pages @ $.10 a page equals $1.20 |
| 10/15/2012 | Copies of Mailings to Creditors and interested parties | 1 x 8 pages @ $.10 a page equals $.80 |
| 10/15/2012 | Postage of Mailings to Creditors and interested parties | 12 at $.65 for total of $7.80 |
| 10/15/2012 | Postage of Mailings to Creditors and interested parties | 8 at $.85 for total of $ 6.80 |
| 12/3/2012 | Real Estate Tax Search (Property Insight) | 20 |
| 12/3/2012 | Real Estate Tax Search (Property Insight) | 20 |
| 12/3/2012 | Lien Search (Property Insight) | 50 |
| 12/3/2012 | Lien Search (Property Insight) | 50 |
| 12/3/2012 | Judgment Individual Search- (Property Insight) | 15 |
| 12/3/2012 | Judgment Search Married- (Property Insight) | 20 |
| 12/21/2012 | Copies of Mailings to Creditors and interested parties | 2 x 11 pages @ $.10 a page equals $2.20 |
| 12/21/2012 | Postage of Mailings to Creditors and interested parties | 2 at $.65 for total of $1.30 |
| 12/21/2012 | Copies of Mailings to Creditors and interested parties | 2 x 11 pages @ $.10 a page equals $2.20 |
| 12/21/2012 | Postage of Mailings to Creditors and interested parties | 2 at $.65 for total of $1.30 |
| 1/8/2013 | Copies of Mailings to Creditors and interested parties | 28 x 10 pages @ $.10 a page equals $28.00 |
| 1/8/2013 | Postage of Mailings to Creditors and interested parties | 28 at $.66 for total of $18.48 |
| 3/18/2013 | Copies of Mailings to Creditors and interested parties- Adversary Complaint | |
| 3/18/2013 | Postage of Mailings to Creditors and interested parties-Adversary Complaint | |
| 3/18/2013 | Copies of Mailings to Creditors and interested parties | 5 x 6 pages @ $.10 a page for total of $3.00 |
| 3/18/2013 | Postage of Mailings to Creditors and interested parties | 4 at $.66 for total of $6.31 |

TOTAL COSTS EXPENDED ON KRUPP FILE (12-35235) $359.39

EXHIBIT C

# BACKUP REPORT

**Suburban Special Search 78**

**INNOVALAW, PC**

**CRN: 07105-00000**  **Billing Month: 2012 10**  **Invoice Number: 11120905**

**State: IL**

### JUDGMENT/NAME SEARCH/INDIVIDUAL

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 24157 | DAVID E. GROCHOCINSKI | KRUPP | 10/4/2012 | 07105-00000 /// C565964 | Listing of items disclosed based on a search of our miscellanous name indices - individual | each | 1 | $15.00 | $15.00 |
| 24696 | DAVID E. GROCHOCINSKI | | 10/17/2012 | 07105-00000 /// C566025 | Listing of items disclosed based on a search of our miscellanous name indices - individual | each | 2 | $15.00 | $30.00 |

**JUDGMENT/NAME SEARCH/INDIVIDUAL TOTAL:** $45.00

### JUDGMENT/NAME SEARCH/MARRIED COUPLE-SAME SURNAME

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 24157 | DAVID E. GROCHOCINSKI | KRUPP | 10/4/2012 | 07105-00000 /// C565964 | Listing of items disclosed based on a search of our miscellanous name indices - married | each | 1 | $20.00 | $20.00 |
| 24592 | GENA SULLIVAN | | 10/15/2012 | 07105-00000 /// C565999 | Listing of items disclosed based on a search of our miscellanous name indices - married | each | 1 | $20.00 | $20.00 |
| 24703 | DAVID E. GROCHOCINSKI | | 10/17/2012 | 07105-00000 /// C566027 | Listing of items disclosed based on a search of our miscellanous name indices - married | each | 1 | $20.00 | $20.00 |

**JUDGMENT/NAME SEARCH/MARRIED COUPLE-SAME SURNAME TOTAL:** $60.00

# BACKUP REPORT

Suburban Special Search 78

**INNOVALAW, PC**

CRN: 07105-00000        Billing Month: 2012 10        Invoice Number: 11120905

*REAL ESTATE TAX SEARCH*

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 24157 | DAVID E. GROCHOCINSKI | KRUPP | 10/4/2012 | 07105-00000 /// C565964 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |
| 24592 | GENA SULLIVAN | [redacted] | 10/15/2012 | 07105-00000 /// C565999 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |
| 24696 | DAVID E. GROCHOCINSKI | [redacted] | 10/17/2012 | 07105-00000 /// C566025 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |
| 24703 | DAVID E. GROCHOCINSKI | [redacted] | 10/17/2012 | 07105-00000 /// C566027 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |

**REAL ESTATE TAX SEARCH TOTAL:        $80.00**

# BACKUP REPORT

Suburban Special Search 78

**INNOVALAW, PC**

**CRN: 07105-00000**          **Billing Month:  2012 10**          **Invoice Number: 11120905**

### VESTING DEED-OPEN LIEN SEARCH/RESIDENTIAL LOT & BLOCK

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 24157 | DAVID E. GROCHOCINSKI | KRUPP | 10/4/2012 | 07105-00000 /// C565964 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 |
| 24592 | GENA SULLIVAN | ███████ | 10/15/2012 | 07105-00000 /// C565999 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 |
| 24696 | DAVID E. GROCHOCINSKI | ███████ | 10/17/2012 | 07105-00000 /// C566025 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 |
| 24703 | DAVID E. GROCHOCINSKI | ███████ | 10/17/2012 | 07105-00000 /// C566027 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 |

|  |  |
|---|---|
| **VESTING DEED-OPEN LIEN SEARCH/RESIDENTIAL LOT & BLOCK TOTAL:** | **$200.00** |
| **IL TOTAL:** | **$385.00** |
| **INNOVALAW, PC TOTAL:** | **$385.00** |

# BACKUP REPORT

**Suburban Special Search 78**

INNOVALAW, PC

CRN: 07105-00000   Billing Month: 2012 12   Invoice Number: 1130875

### REAL ESTATE TAX SEARCH

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 26436 | GRICEL CARDOZA | KRUPP | 12/3/2012 | 07105-00000 /// C566205 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |
| 26437 | DAVID E. GROCHOCINSKI | KRUPP | 12/3/2012 | 07105-00000 /// C566206 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |
| 26644 | GRICEL CARDOZA | ▓▓▓ | 12/7/2012 | 07105-00000 /// C566245 | Status of real estate taxes of current tax year & possible open tax years | each | 1 | $20.00 | $20.00 |

**REAL ESTATE TAX SEARCH TOTAL:** $60.00

### VESTING DEED-OPEN LIEN SEARCH/RESIDENTIAL LOT & BLOCK

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 26436 | GRICEL CARDOZA | KRUPP | 12/3/2012 | 07105-00000 /// C566205 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 |
| 26437 | DAVID E. GROCHOCINSKI | KRUPP | 12/3/2012 | 07105-00000 /// C566206 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 $175 |
| 26644 | GRICEL CARDOZA | ✓ | 12/7/2012 | 07105-00000 /// C566245 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 $90- |
| 26952 | DAVID E. GROCHOCINSKI | 02-15-308- ▓▓ | 12/14/2012 | 07105-00000 /// C566278 | Last full value deed, unreleased mtgs & liens & legal description/residential | each | 1 | $50.00 | $50.00 $90 |

**VESTING DEED-OPEN LIEN SEARCH/RESIDENTIAL LOT & BLOCK TOTAL:** $200.00

**IL TOTAL:** $335.00

# BACKUP REPORT

**INNOVALAW, PC**
CRN: 07105-00000    Billing Month: 2012 12    Suburban Special Search 78    Invoice Number: 1130875    $335.00

INNOVALAW, PC TOTAL:

03-Jan-13    Page 3 of 3

# BACKUP REPORT

Suburban Special Search 78

**INNOVALAW, PC**

**CRN: 07105-00000**     **Billing Month: 2012 12**     **Invoice Number: 1130875**

**State: IL**

**JUDGMENT/NAME SEARCH/INDIVIDUAL**

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 26436 | GRICEL CARDOZA | KRUPP | 12/3/2012 | 07105-00000 /// C566205 | Listing of items disclosed based on a search of our miscellanous name indices - individual | each | 1 | $15.00 | $15.00 |

**JUDGMENT/NAME SEARCH/INDIVIDUAL TOTAL:** $15.00

**JUDGMENT/NAME SEARCH/MARRIED COUPLE-SAME SURNAME**

| Req # | Requestor | Customer Ref. | Closed Date | Order Number | Service Item Description | Meas | Qty | Price | Item Total |
|---|---|---|---|---|---|---|---|---|---|
| 26437 | DAVID E. GROCHOCINSKI | KRUPP | 12/3/2012 | 07105-00000 /// C566206 | Listing of items disclosed based on a search of our miscellanous name indices - married | each | 1 | $20.00 | $20.00 |
| 26644 | GRICEL CARDOZA | | 12/7/2012 | 07105-00000 /// C566245 | Listing of items disclosed based on a search of our miscellanous name indices - married | each | 1 | $20.00 | $20.00 |
| 26952 | DAVID E. GROCHOCINSKI | 02-15-308- | 12/14/2012 | 07105-00000 /// C566278 | Listing of items disclosed based on a search of our miscellanous name indices - married | each | 1 | $20.00 | $20.00 |

**JUDGMENT/NAME SEARCH/MARRIED COUPLE-SAME SURNAME TOTAL:** $60.00

Case 12-35235   Doc 106-2   Filed 08/07/13   Entered 08/07/13 16:07:52   Desc Exhibit
Page 7 of 8

