UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                     §
                                           §
KRUPP, CHRISTOPHER                         §     Case No. 12-35235
KRUPP, JACQUELINE                          §
                                           §
            Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance PO Box 100565 Florence, SC 29502 | | | | | |
| | Community Bank Wheaton 100 N. Wheaton Ave. Wheaton, IL 60187 | | | | | |
| | DuPage County Collector | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Citizens Bank PO Box 29 Columbia, SC 29202 | | | | | |
| | Homeowners Assoc. | | | | | |
| | MB Financial c/o David Adduce, Kelly, Olson et a 30 S. Wacker Dr., #2300 Chicago, IL 60606 | | | | | |
| | PNC PO Box 533510 Atlanta, GA 30353 | | | | | |
| | PNC PO Box 856177 Louisville, KY 40285-6177 | | | | | |
| | Volkswagen Credit PO Box 17497 Baltimore, MD 21297 | | | | | |
| 5 | SALVATORE CINQUEGRANI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Closing fee to Chicago Title | | | | | |
| Other title charges | | | | | |
| Owner's title insurance | | | | | |
| Payment to Wheaton Sanitary | | | | | |
| Survey to Associated Surveying | | | | | |
| ASSOCIATED BANK | | | | | |
| Green Bank | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| 1st installment plus penalty 2012 | | | | | |
| 2nd installment for taxes 2012 | | | | | |
| Transfer taxes | | | | | |
| real estate taxes for 2013 | | | | | |
| Eunice Sachs and Associates | | | | | |
| UP S | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SCOTT HOREWITCH PIDGEON & ABRAMS | | | | | |
| Realtor 5% commission | | | | | |
| earnest money applied to realtor | | | | | |
| Reimbursement of costs to Kim Wirtz | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City P.O. Box 856177 Louisville, KY 40285 | | | | | |
| | Salvatore Cinquegrani 1618 N. Orchard Chicago, IL 60614 | | | | | |
| | Salvatore Cinquegrani 18596 Corte Fresco Rancho Santa Fe, CA 92091 | | | | | |
| | Salvatore Cinquegrani 18596 Corte Fresco Rancho Santa Fe, CA 92091 | | | | | |
| 1 | FIRST CITIZENS | | | | | |
| 2 | PNC BANK | | | | | |
| 3 | SALVATORE CINQUEGRANI | | | | | |
| 4 | SALVATORE CINQUEGRANI | | | | | |
| 5a | SALVATORE CINQUEGRANI | | | | | |
| 6 | BANK OF AMERICA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-35235 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | | | Date Filed (f) or Converted (c): | 09/05/12 (f) |
| | KRUPP, JACQUELINE | | | 341(a) Meeting Date: | 11/20/12 |
| For Period Ending: | 03/26/15 | | | Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 27W520 Washington St., Winfield IL  Stay lifted per order 8/22/14  60190 The Debtors have this property listed to sell at the price stated herein but there has been no offers. They believe the property is worth substantially less on the current real estate market | 625,000.00 | 0.00 | | 0.00 | FA |
| 2. Lot 35 Reems Creek Weaverville, NC This property  at one time was worth substantially more than scheduled. This figure is based on a market evaluation obtained in June of 2012 | 39,998.00 | 0.00 | | 0.00 | FA |
| 3. 3 Highland Pointe Ct. Weaverville, NC This  property at one time was worth more than scheduled. This figure is based on a market evaluation obtained in June of 2012 | 124,000.00 | 0.00 | | 0.00 | FA |
| 4. 1110 N. West St. Wheaton, IL 60187-3576 This is  Sold per court order 6/26/13- Trustee distributed 50% of net proceeds to co-owner  an investment property. Co-owner is Salvatore Cinquegrani. Debtor is unsure but believes there is no lien recorded against this property. The property is income producing but the Debtor is not involved in the management of this property. | 750,000.00 | 340,302.19 | | 750,000.00 | FA |
| 5. 27 W. 524 Washington Ave. Winfield, IL 60190 spec  Stay lifted per court order 11/16/12  home | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking account State Bank of Illinois, West  Chicago | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. Checking account, Community Bank, Wheaton, IL | 50.00 | 0.00 | | 0.00 | FA |
| 8. Normal and customary furniture for two homes,  nothing exceptional | 2,500.00 | 0.00 | | 0.00 | FA |
| 9. Normal used clothing | 50.00 | 50.00 | | 0.00 | FA |

LFORM1

Ver: 18.04

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 12-35235 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | | | Date Filed (f) or Converted (c): | 09/05/12 (f) |
| | KRUPP, JACQUELINE | | | 341(a) Meeting Date: | 11/20/12 |
| | | | | Claims Bar Date: | 02/26/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Cameras | 200.00 | 200.00 | | 0.00 | FA |
| 11. Life insurance, cash value Northwestern Mutual Life | 23,593.00 | 0.00 | | 0.00 | FA |
| 12. Life insurance, cash value Northwestern Mutual Life | 85,400.00 | 0.00 | | 0.00 | FA |
| 13. IRA, Northwestern Mutual Life | 43,460.00 | 0.00 | | 0.00 | FA |
| 14. IRA, Northwestern Mutual Life | 313,000.00 | 0.00 | | 0.00 | FA |
| 15. Debtor has/had oral partnership with Salvatore Cinquegrani involving three spec houses, | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2011 Ford Explorer Location: 27W520 Washington St., Winfield IL | 30,000.00 | 0.00 | | 0.00 | FA |
| 17. 2012 VW CC Location: 27W520 Washington St., Winfield IL | 24,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,063,751.00 | $340,552.19 | | $750,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Property on North West Street sold for $750,000.00

Successor Trustee appointed 4/16/14

Settlement entered into between creditor and debtors to be enforced. Trustee reviewied claims and accountant prepared tax returns.

LFORM1

Ver: 18.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-35235   CAS   Judge: DONALD R. CASSLING | Trustee Name:   BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | KRUPP, CHRISTOPHER | Date Filed (f) or Converted (c):   09/05/12 (f) |
| | KRUPP, JACQUELINE | 341(a) Meeting Date:   11/20/12 |
| | | Claims Bar Date:   02/26/13 |

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-35235 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | Account Number / CD #: | *******3501 Checking Account |
| Taxpayer ID No: | *******8664 | | |
| For Period Ending: | 03/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/27/13 | | Chicago Title and Trust Company<br>5 Westbrk Corp #100<br>Westchester, IL 60154 | real estate sale proceeds | | 340,302.19 | | 340,302.19 |
| | | | Memo Amount: ( 22,500.00 )<br>Realtor 5% commission | 3510-000 | | | |
| | | | Memo Amount: ( 637.50 )<br>Closing fee to Chicago Title | 2500-000 | | | |
| | | | Memo Amount: ( 2,450.00 )<br>Owner's title insurance | 2500-000 | | | |
| | | | Memo Amount: ( 235.00 )<br>Other title charges | 2500-000 | | | |
| | | | Memo Amount: ( 1,125.00 )<br>Transfer taxes | 2820-000 | | | |
| | | | Memo Amount: ( 372.43 )<br>Payment to Wheaton Sanitary | 2500-000 | | | |
| | | | Memo Amount: ( 350.00 )<br>Survey to Associated Surveying Group LLC | 2500-000 | | | |
| | | | Memo Amount: ( 256.04 )<br>Reimbursement of costs to Kim Wirtz | 3520-000 | | | |
| | | | Memo Amount: ( 8,840.32 )<br>1st installment plus penalty 2012<br>to DuPage county treasurer | 2820-000 | | | |
| | | | Memo Amount: ( 8,919.66 )<br>real estate taxes for 2013 | 2820-000 | | | |
| | | | Memo Amount: ( 8,709.67 )<br>2nd installment for taxes 2012 | 2820-000 | | | |
| | | | Memo Amount: ( 15,000.00 ) | 3510-000 | | | |

Page Subtotals        340,302.19        0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35235 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | | Account Number / CD #: | *******3501  Checking Account |
| Taxpayer ID No: | *******8664 | | | |
| For Period Ending: | 03/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 4 | | earnest money applied to realtor commission<br>    Memo Amount:        750,000.00<br>Sale Proceeds-real property<br>    Memo Amount:   (   340,302.19 )<br>Half of net proceeds to Salvatore Cinquegrani | 1110-000<br><br>8500-000 | | | |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 53.14 | 340,249.05 |
| 07/09/13 | 003001 | UP S<br>Lockbox 577<br>Carol Stream, IL  601320577 | Overnight charge re: Justina Degrado, attorney for Cinquegrani<br>        2990-000        $-21.78 | 2990-000 | | 21.78 | 340,227.27 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 549.04 | 339,678.23 |
| 08/30/13 | 003002 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Interim compensation awarded 8/30/2013 | 2100-000 | | 23,734.85 | 315,943.38 |
| 08/30/13 | 003003 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Interim compensation awarded 8/30/2013 | 3110-000 | | 42,000.00 | 273,943.38 |
| 08/30/13 | 003004 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL  60462 | Interim compensation awarded 8/30/2013 | 3120-000 | | 359.39 | 273,583.99 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 583.50 | 273,000.49 |

Page Subtotals          0.00          67,301.70

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35235 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | KRUPP, CHRISTOPHER | | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | | Account Number / CD #: | *******3501  Checking Account |
| Taxpayer ID No: | *******8664 | | | |
| For Period Ending: | 03/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/04/13 | 003005 | Eunice Sachs and Associates<br>Certified Shorthand Reporters<br>218 Shea Drive<br>Flossmoor, IL  60422 | Reporter for deposition on<br>Cinquegrani adversary 6/12/2013<br>    2990-000         $-288.00 | 2990-000 | | 288.00 | 272,712.49 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 398.84 | 272,313.65 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 439.43 | 271,874.22 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 438.72 | 271,435.50 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 423.88 | 271,011.62 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 465.54 | 270,546.08 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 394.33 | 270,151.75 |
| 03/31/14 | | Green Bank | Bank Service Fee | 2600-000 | | 407.81 | 269,743.94 |

Page Subtotals        0.00       3,256.55

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35235 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | KRUPP, CHRISTOPHER | Bank Name: | Green Bank |
| | KRUPP, JACQUELINE | Account Number / CD #: | *******3501  Checking Account |
| Taxpayer ID No: | *******8664 | | |
| For Period Ending: | 03/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/02/14 | 003006 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14<br>to 2/10/15<br>      2300-000       $-223.85 | 2300-000 | | 223.85 | 269,520.09 |
| 05/02/14 | | Green Bank | Bank Service Fee | 2600-000 | | 378.88 | 269,141.21 |
| 05/02/14 | | Transfer to Acct #*******1798 | Bank Funds Transfer | 9999-000 | | 269,141.21 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 750,000.00 | COLUMN TOTALS | 340,302.19 | 340,302.19 | 0.00 |
| Memo Allocation Disbursements: | 409,697.81 | Less:  Bank Transfers/CD's | 0.00 | 269,141.21 | |
| | | Subtotal | 340,302.19 | 71,160.98 | |
| Memo Allocation Net: | 340,302.19 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 340,302.19 | 71,160.98 | |

Page Subtotals          0.00          269,743.94

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35235 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | Bank Name: | ASSOCIATED BANK |
| | KRUPP, JACQUELINE | Account Number / CD #: | *******1798 Checking - Non Interest |
| Taxpayer ID No: | *******8664 | | |
| For Period Ending: | 03/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******3501 | Bank Funds Transfer | 9999-000 | 269,141.21 | | 269,141.21 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 400.02 | 268,741.19 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 386.64 | 268,354.55 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 398.99 | 267,955.56 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 398.38 | 267,557.18 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 384.98 | 267,172.20 |
| 01/12/15 | 010001 | Salvatore Cinquegrani c/o Shaw Legal Services, Ltd. 540B W. Briar Place Chicago, IL 60657 | Claim 5, Payment 60.19685% | 4110-000 | | 255,836.60 | 11,335.60 |
| 01/12/15 | 010002 | Clerk of Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 11,042.60 |
| 01/12/15 | 010003 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,658.00 | 4,384.60 |
| 01/12/15 | 010004 | InnovaLaw, PC 1900 Ravinia Palce Orland Park, IL 60462 | Attorney for Trustee Expenses (Trus | 3120-000 | | 507.51 | 3,877.09 |
| 01/12/15 | 010005 | Scott Horewitch Pidgeon & Abrams | Accountant for Trustee Fees (Other | 3410-000 | | 2,321.00 | 1,556.09 |
| 01/12/15 | 010006 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | Claim 2, Payment 100.00000% | 7100-000 | | 1,556.09 | 0.00 |

Page Subtotals    269,141.21    269,141.21

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-35235 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KRUPP, CHRISTOPHER | Bank Name: | ASSOCIATED BANK |
| | KRUPP, JACQUELINE | Account Number / CD #: | *******1798 Checking - Non Interest |
| Taxpayer ID No: | *******8664 | | |
| For Period Ending: | 03/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 269,141.21 | 269,141.21 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 269,141.21 | 0.00 | |
| | | Subtotal | 0.00 | 269,141.21 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 269,141.21 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 750,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 409,697.81 | Checking Account - ********3501 | 340,302.19 | 71,160.98 | 0.00 |
| | | Checking - Non Interest - ********1798 | 0.00 | 269,141.21 | 0.00 |
| Total Memo Allocation Net: | 340,302.19 | | ----------- | ----------- | ----------- |
| | | | 340,302.19 | 340,302.19 | 0.00 |
| | | | ========== | ========== | ========== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*